[No. 2287.   Decided November 16, 1896.]

STANTON WARBURTON, *Respondent* v. E. G. BACON *et al., Appellants.*

Appeal from Superior Court, Pierce County.— Hon. W. H.
PRITCHARD, Judge.  Affirmed.

*Coiner & Shackleford,* and *Joseph C. Dillow, (L. P. Shackleford,* of
counsel), for appellant.

*Stanton Warburton,* for respondent.

*Per Curiam.*—The errors complained of in this case relate in sub-
stance to the facts found by the lower court.   After a consideration
of the proofs and the able argument of appellants' counsel, we are
not satisfied that such findings should be materially set aside or
modified, however we might have found theron as an original pro-
position.   A discussion of the proofs would serve no purpose in the
published reports and the judgment is affirmed.

---

[No 2372.   Decided November 21, 1896.]

STARR & COMPANY, *Appellant,* v. J. E. CHILBERG *et al., Respond-
ents.*

Appeal from Superior Court, King County.—Hon. RICHARD OS-
BORN, Judge.  Affirmed.

*Metcalfe & Jurey,* for appellant.

*John E. Humphries, E. P. Edsen,* and *Stratton, Lewis & Gilman,*
for respondents.

*Per Curiam.*—An investigation of the pleadings and of the testi-
mony in this case convinces us that no testimony was offered by the
plaintiff which would have been sufficient, if uncontradicted, to have
sustained the verdict.   The motion for a non-suit was, therefore,
properly sustained, and the judgment will be affirmed.